IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY LYNN BOHANAN, | : CIVIL ACTION |
| Plaintiff, | : NO. 16-608 |
| v. | : |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

R. BARCLAY SURRICK, J.,

AND NOW, this 5th day of January, 2017, upon consideration of the Plaintiff's Request for Review and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED, and the matter is REMANDED for further review consistent with the Report and Recommendation.

BY THE COURT:

R. BARCLAY SURRICK, J.